ALD-103                                                                                           February 25, 2021
**UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT**

C.A. No. **20-3137**

ANDREW JONES, Appellant

   VS.

DISTRICT ATTORNEY PHILADELPHIA, ET AL.

   (E.D. Pa. Civ. No. 2-19-cv-01685)

Present:     MCKEE, GREENAWAY, JR., and BIBAS, Circuit Judges

   Submitted is Appellant's application for a certificate of appealability under 28 U.S.C. § 2253(c)(1)

   in the above-captioned case.

                                                                        Respectfully,

                                                                        Clerk

_____ORDER_____

Appellant Jones's application for a certificate of appealability is granted. Jones seeks a certificate of appealability on his sole habeas claim that trial counsel rendered ineffective assistance in failing to present ballistics evidence concerning a shotgun and DNA testing performed on the evidence. We are satisfied that "jurists of reason could disagree with the district court's resolution of [these] constitutional claims." Miller-El v. Cockrell, 537 U.S. 322, 327 (2003). The Clerk will appoint counsel to represent Jones on appeal. See 3d Cir. I.O.P. 10.3.2.

                                                                        By the Court,

                                                                        s/Joseph A. Greenaway, Jr.
                                                                        Circuit Judge

Dated: August 31, 2021
NMR/cc:    Andrew Jones
           James S. Ballenger, Esq.
           Laura Zipin, Esq.