# UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

## No. 20-3137

Jones v. D.A. Philadelphia
(E.D.Pa. No. 2-19-cv-01685)

## ORDER

James S. Ballenger, Esq. is hereby appointed as counsel for Appellant without compensation pursuant to 28 U.S.C. 1915(e)(1). This appointment shall remain in effect until termination of this case unless the Court grants the withdrawal or substitution of counsel earlier. Counsel shall have a period of 60 days from the date of this order to review the record. Prior to the expiration of that 60 day period, counsel shall advise the Clerk whether additional documents are necessary. If counsel does not need additional documents, the Clerk will issue a briefing schedule immediately after the 60 day review period ends. Counsel shall file the entry of appearance form within 14 days of the date of this order.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: August 31, 2021
NMR/cc:  Andrew Jones
          James S. Ballenger, Esq.
          Laura Zipin, Esq.