UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

ACO-074

No. 20-3137

ANDREW JONES,
　　　　　　　Appellant

v.

DISTRICT ATTORNEY PHILADELPHIA;
ATTORNEY GENERAL PENNSYLVANIA

(E.D. Pa. No. 2-19-cv-01685)

Present: KRAUSE and RESTREPO, Circuit Judges

1. Joint Motion by the Parties for Limited Remand to the District Court pursuant to 28 U.S.C. § 2106 and Third Circuit L.A.R. 27.4(a)

　　　　　　　　　　　　　　　　　　Respectfully,
　　　　　　　　　　　　　　　　　　Clerk/CJG

_____ORDER_____
The foregoing Motion is granted. The Court will retain jurisdiction.

　　　　　　　　　　　　　　　　　　By the Court,

　　　　　　　　　　　　　　　　　　s/ L. Felipe Restrepo
　　　　　　　　　　　　　　　　　　Circuit Judge

Dated: July 6, 2022
CJG/cc:　　James S. Ballenger, Esq.
　　　　　　Avrohom Einhorn, Esq.
　　　　　　Kaitlin L. Meola, Esq.
　　　　　　Michael A. Schwartz, Esq.
　　　　　　Victoria Summerfield, Esq.
　　　　　　Matthew Stiegler, Esq.
　　　　　　Ronald Eisenberg, Esq.
　　　　　　George Wylesol, Clerk

A True Copy:

Patricia S. Dodszuweit, Clerk