UNITED STATES COURT OF APPEALS FOR THE THIRD CIRCUIT

No. 20-3137

Jones v. District Attorney Philadelphia

To: Clerk

1) Status Report filed by Appellant with Request to Modify July 6, 2022 Status Report Order

The foregoing motion is denied as presented. Rather, the July 6 2022 status report order is hereby vacated.

The parties are now directed to file written reports addressing the status of the proceedings in either the state court or district court, whichever is applicable, on or before June 12, 2023, and every 180 days thereafter. The parties must also advise the Clerk of this Court, in writing, upon resolution of the state court proceedings. This report, which must be filed within 20 days of the state court proceedings concluding, should include the effect, if any, on further District Court proceedings.

For the Court,

s/ Patricia S. Dodszuweit
Clerk

Dated: December 14, 2022
CJG/cc: James S. Ballenger, Esq.
Avrohom Einhorn, Esq.
Kaitlin L. Meola, Esq.
Michael A. Schwartz, Esq.
Victoria Summerfield, Esq.
Matthew Stiegler, Esq.
Ronald Eisenberg, Esq.