IN THE UNITED STATES COURT OF APPEALS
FOR THE THIRD CIRCUIT

| ANDREW JONES, | : | |
|---|---|---|
| Appellant | : | |
| | : | No. 20-3137 |
| v. | : | |
| DISTRICT ATTORNEY, PHILADELPHIA, et al., | : | |
| Appellees | : | |

# STATUS REPORT

In accordance with this Court's Order of December 14, 2022, Appellant Andrew Jones submits this status report to advise the Court of the status of proceeding in the District Court and State Court:

1. As stated in Mr. Jones' last status report of June 9, 2023, on February 7, 2023, Mr. Jones filed a Petition for Post-Conviction Relief in the Philadelphia Court of Common Pleas pursuant to 42 Pa. C.S. § 9541 *et seq.*

2. The Court of Common Pleas has not yet ordered an Answer to be filed, and the Commonwealth has not yet filed one.

3. Philadelphia Court of Common Pleas Judge Scott DiClaudio scheduled a conference for December 29, 2023.

Dated: December 7, 2023

Respectfully Submitted,

/s/ Michael A. Schwartz
Michael A. Schwartz
Avrohom C. Einhorn
Kaitlin L. Meola
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
3000 Two Logan Square
Philadelphia, PA 19103
(215) 981-4000
michael.schwartz@troutman.com
avrohom.einhorn@troutman.com
kaitlin.meola@troutman.com

Victoria D. Summerfield
**TROUTMAN PEPPER HAMILTON SANDERS LLP**
501 Grant Street, Suite 300
Pittsburgh, PA 15219
(412) 454-5000
victoria.summerfield@troutman.com

James Scott Ballenger
Director, Appellate Litigation Clinic
**University of Virginia School of Law**
580 Massie Road
Charlottesville, VA 22903
(202) 701-4925
sballenger@law.virginia.edu

*Counsel for Appellant Andrew Jones*